## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------

Chantel Clark-Fortunat, individually and
as a representative of the classes,

                Plaintiff,

v.

TransUnion Rental Screening Solutions,
Inc.,

                Defendant.

---------------------------------------------

No.  1:19-cv-03525

## RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Plaintiff Chantel Clark-Fortunat ("Plaintiff") hereby provides notice of the dismissal

with prejudice of Plaintiff's individual claims against Defendant TransUnion Rental

Screening Solutions, Inc. ("TURSS"), without an award of fees or costs to any party.

Plaintiff further provides notice of the dismissal without prejudice of the class

claims asserted against TURSS, without an award of fees or costs to any party.

Dated:  August 9, 2019

BERGER MONTAGUE PC

By: _s/ Russell D. Paul_

Russell D. Paul (SBN 2361939)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
T: (215) 875-3000
F: (215) 875-4604
rpaul@bm.net

-and-

E. Michelle Drake*
Joseph C. Hashmall*
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
T: (612) 594-5999
F: (612) 584-4470
emdrake@bm.net
jhashmall@bm.net
* *pro hac vice* forthcoming

**ATTORNEYS FOR PLAINTIFF**